JS-6

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER (Cal SBN 252766)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4842
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELA MARIE MILLER,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>        Defendant. | Case No. 2:25-cv-01189-RAO<br><br>[~~PROPOSED~~] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2
3
4

      Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

5
6

Dated this 8th day of July, 2025.

7
8

                                          /s/ Rozella A. Oliver

9
10

                                Hon. Rozella A. Oliver

                                United States Magistrate Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27